*964 532 U. S. 1021;
532 U. S. 1021;
532 U. S. 1022;
532 U. S. 1052;
532 U. S. 1039;
532 U. S. 1023;
531 U. S. 1181;
532 U. S. 946;
532 U. S. 947;
532 U. S. 976;
532 U. S. 1023;
532 U. S. 1024;
532 U. S. 979;
532 U. S. 979;
532 U. S. 998;
532 U. S. 1011;
*965 No. 00-8801.
No. 00-8856.
No. 00-8899.
No. 00-8956.
No. 00-9033.
No. 00-9094.
No. 00-9138.
No. 00-9175.
No. 00-9194.
No. 00-9254.
No. 00-9344.
No. 00-9371.
No. 00-9774.
532 U. S. 1024;
532 U. S. 1012;
532 U. S. 1026;
532 U. S. 1027;
532 U. S. 1041;
532 U. S. 1028;
532 U. S. 1042;
532 U. S. 1029;
532 U. S. 1029;
532 U. S. 1043;
532 U. S. 1043;
ante, p. 906; and
532 U. S. 1075. Petitions for rehearing denied.